

**Entered on Docket**
**September 19, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gilbert R. Yabes (SBN 267388)
gyabes@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Signed and Filed: September 19, 2017

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Attorneys for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NANCY M HOLDEN,<br><br>Debtor. | Case No. 12-31998-HLB<br><br>Chapter 13<br><br>R.S. No. GRY - 121<br><br>**ORDER GRANTING RELIEF FROM STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER**<br><br>450 Golden Gate Avenue<br>San Francisco, California, 94102 |

    An Order Granting Secured Creditor, HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4 ("Secured Creditor"), Adequate Protection having been entered on the Court's docket on December 15, 2016, regarding the real property of NANCY M HOLDEN, ("Debtor") commonly known as 269 Gaven Street, San Francisco, California 94134, which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 53

    The Debtor having defaulted on the payments required under the Order, the Court having considered the documentary evidence before it, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:**

1) The automatic stay of 11 United States Code Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor of all of its rights in the real property under the subject Note and Deed of Trust;

2) The co-debtor stay of 11 United States Code Section 1301 is hereby terminated as it applies to the enforcement by Secured Creditor of all of its rights in the real property under the subject Note and Deed of Trust

3) Secured Creditor is authorized to foreclose its security interest in the real property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4) Upon foreclosure, in the event Debtor fails to vacate the real property, Secured Creditor may proceed in state court for unlawful detainer pursuant to applicable state law;

5) The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived;

6) Upon entry of this Order, the Chapter 13 Trustee shall cease making any payments in regard to Movant's claim filed in this bankruptcy case;

7) Secured Creditor may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Secured Creditor may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

8) This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**